UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HILLARY HEPNER, et al.

    Plaintiff(s),

Case No. 2:17-cv-13760

v.

Judge Robert H. Cleland

Magistrate Judge Elizabeth A. Stafford

Deja Vu Services, Inc., et al.

    Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __Deja Vu Services, Inc.__
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ❏   No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: _____
   Relationship with Named Party: _____

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ❏   No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: _____
   Nature of Financial Interest: _____

Date: January 24, 2018

/s/ Matthew J. Hoffer
Signature

P70495
Bar No.

3800 Capital City Boulevard, Suite 2
Street Address

Lansing, MI  48906
City, State, Zip Code

517-886-6560
Telephone Number

Matt@BradShaferLaw.com
Primary Email Address